Brian J. Porter, Bar Number 14291
Armand J. Howell, Bar Number 10029
Benjamin J. Mann, Bar Number 12588
Paul M. Halliday, Jr., Bar Number 5076
HALLIDAY, WATKINS & MANN, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone:  801-355-2886
Fax:  801-328-9714
Email: brian@hwmlawfirm.com
File No: 42681

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| In re:<br><br>NEWLEY BOWDEN WELCH aka BO WELCH dba NEWLEY WELCH AND SONS TRUCKING<br><br>                    Debtor. | Bankruptcy Case No. 18-29247<br>Chapter 13<br><br>**MOTION TO STAY DISMISSAL** |
|---|---|

The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10 ("Secured Creditor"), through counsel, Brian J. Porter, respectfully requests the Court stay the dismissal of this case for the limited purpose of conducting hearing on the motion to terminate automatic stay as to Secured Creditor and for In-Rem Relief pursuant to 11 U.S.C.A. 362(d)(4).  The request is based upon the filing of this bankruptcy minutes after the scheduled foreclosure sale took place.

Secured Creditor, in support of its motion, Creditor respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed by the Debtor on December 13, 2018.

2. On December 13, 2018, Secured Creditor filed its motion to annul the stay.

3. The facts and circumstances underlying the basis for Secured Creditor's motion are set forth in the its motion filed on December 13, 2018.

**WHEREFORE**, Creditor requests the following:

1. That the Debtor's case be stayed from being dismissed for the limited purpose of hearing Secured Creditor's motion to terminate the automatic stay and entry of an order thereon with the case to be dismissed immediately thereafter.

2. For such other relief that the court deems proper.

DATED this 13th day of December, 2018.

/s/ Brian J. Porter
Brian J. Porter
Attorney for Movant

## MAILING CERTIFICATE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Stay Dismissal was mailed by first class mail, postage prepaid, or via ECF, this 13th day of December, 2018, to each of the following:

Newley Bowden Welch
12556 South Brundisi Way
Herriman, UT 84096
Debtor

United States Trustee
Via ECF

Lon Jenkins
Via ECF
Chapter 13 Trustee

David L. Fisher
Via ECF
Debtor's Attorney

/s/_____
Brian J. Porter