Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| **IN RE:** | **CASE: 18-29247** |
| NEWLEY BOWDEN WELCH | **CHAPTER 13** |
| **Debtor** | **Hon. JOEL T. MARKER** |

## TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

1. The Trustee has filed a Motion to Dismiss in this case. Pursuant to Local Rule 2083-1(g), you must file an objection to this with the bankruptcy court within 21 days after service of the motion, or the bankruptcy court clerk must enter an order dismissing the case.  Unless otherwise directed by the court, this motion will be heard at the confirmation hearing.

2. The Trustee was unable to conduct the 341 Meeting on January 18, 2018 due to a pending motion to dismiss.  The 341 Meeting will need to be rescheduled.

3. The following creditor objection(s) remain unresolved: Utah State Tax Commission.

4. The following creditor objection(s) remain unresolved: Gateway One.

5. As of February 11, 2019 the Debtors are now $1,177.99 delinquent for payments owing through January 2019.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: February 11, 2019        LAJ /S/
                                LON A. JENKINS
                                CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on February 11, 2019:

DAVID L. FISHER, ECF Notification

/s/ Sarah Anderton