**This order is SIGNED.**

**Dated: February 26, 2019**



**JOEL T. MARKER
U.S. Bankruptcy Judge**



David L. Fisher (11570)
**Fisher Law Group PLLC**
2825 E Cottonwood Pkwy Ste 500
Cottonwood Heights, UT 84121
Phone: 801-931-9001
E-mail: fisherlawllc@lawyer.com
*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re: | Case No.   18-29247 |
|---|---|
| Newley Bowdean Welch | Chapter 13 |
| Debtor | Judge:  Joel T. Marker |

**ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING DEBTOR'S SCHEDULES PURSUANT TO 11 U.S.C. § 521 AND FED. R. BANKR. P. 1007(c)**

This matter is before the Court on the Motion To Extend Deadline For Filing Debtor's Schedules Pursuant To 11 U.S.C. § 521 And Fed. R. Bankr. P. 1007(c) ("Motion") filed by Newley Bowdean Welch ("Debtor") at docket entry 32.  The Motion requests entry of an order granting Debtor an extension of time, up to and including January 28, 2019, within which to file the Schedules.  The Court has considered the Motion and applicable law.  Based thereon, the Court hereby finds that good and sufficient cause exists for granting the relief requested in the Motion.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED in all respects.

2. The Debtor has been granted an extension of time to file the Schedules, Statement of Financial Affairs, Chapter 13 Statement of Monthly Income, and other documents required by 11 U.S.C. § 521 and Bankruptcy Rule 1007(b) on or before January 28, 2019.

--------------- END OF DOCUMENT --------------------

**DESIGNATION OF PARTIES TO RECEIVE SERVICE**

Service of the foregoing **ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING DEBTOR'S SCHEDULES PURSUANT TO 11 U.S.C. § 521 AND FED. R. BANKR. P. 1007(c)** will be effected through the Bankruptcy Noticing Center to each party listed below:

By CM/ECF to:

• P. Matthew Cox – bankruptcy_pmc@scmlaw.com

• Nathan R. Firouzi – nfirouzi@agutah.gov; txbankrupt@utah.gov;linallred@utah.gov

• David L. Fisher – fisherlawllc@lawyer.com; fisherdr81428@notify.bestcase.com

• Lon Jenkins – ecfmail@ch13ut.org; lneebling@ch13ut.org

• Brian J. Porter – brian@hwmlawfirm.com

• United States Trustee – USTPRegion19.SK.ECF@usdoj.gov


By U.S. Mail to:

Newley Bowdean Welch
12556 South Brundisi Way
Herriman, UT 84096