Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE District of Utah, Central Division**

| | |
|---|---|
| **IN RE:** | **CASE: 18-29247** |
| NEWLEY BOWDEN WELCH | **CHAPTER 13** |
| | **HON. JOEL T. MARKER** |
| **Debtor** | Confirmation Hearing: February 26, 2019 |

**ORDER CONTINUING CONFIRMATION HEARING FOLLOWING CONTESTED CONFIRMATION HEARING**

A hearing on confirmation of the Chapter 13 plan came before this Court on February 26, 2019  10:00 am.  The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The Confirmation Hearing shall be rescheduled to the next available date by the clerk of the court.

The § 341 Meeting of Creditors shall be rescheduled to the next available date by the clerk of the court.

The deadline to file complaints concerning discharge is extended 60 days from the § 341 Meeting of Creditors.

The deadline to file objections to exemptions is extended 30 days from the § 341 Meeting of Creditors.

The Debtors shall be current on ALL Plan payments through February, on or before 3/12/2019 or your case shall be dismissed without further notice and hearing. The Debtors must ensure that the payment is mailed (Standing Chapter 13 Trustee, 3111 Momentum Place, Chicago, IL 60689-5331), transmitted online (www.TFSbillpay.com), or in-person (MoneyGram locations) early enough to post by the deadline.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on February 26, 2019.

NEWLEY BOWDEN WELCH, 12556 SOUTH BRUNDISI WAY, HERRIMAN, UT  84096

DAVID L. FISHER,  ECF Notification

MATTHEW COX, ECF NOTIFICATION
LARON LIND, UTAH STATE TAX COMMISSION, ECF NOTIFICATION
DARWIN BINGHAM, AMERICA FIRST CREDIT UNION, ECF NOTIFICATION

/s/ Sarah Anderton

## DESIGNATION OF PARTIES TO BE SERVED

NEWLEY BOWDEN WELCH, 12556 SOUTH BRUNDISI WAY, HERRIMAN, UT  84096

DAVID L. FISHER,  ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION
MATTHEW COX, ECF NOTIFICATION
LARON LIND, UTAH STATE TAX COMMISSION, ECF NOTIFICATION

DARWIN BINGHAM, AMERICA FIRST CREDIT UNION, ECF NOTIFICATION